**Opinion issued December 19, 2023**



In The

# Court of Appeals

For The

## First District of Texas

———————————

**NO. 01-23-00893-CV**

———————————

**IN RE CARMEN MARIA MONTIEL, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator Carmen Maria Montiel seeks a writ of mandamus to compel the real parties in interest, Harris County Clerk Marilyn Burgess and Director of the Harris County Clerk's Office Joe Belalcazar, to accept a filing fee and certify that it has been timely received.

This Court's mandamus jurisdiction is governed by the Government Code. *See* TEX. GOV'T CODE § 22.221.  A court of appeals may issue writs of mandamus

against (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52 of the Code of Criminal Procedure in the court of appeals district; or (3) an associate judge of a district or county court appointed by a judge under Chapter 201 of the Family Code in the court of appeals district for the judge who appointed the associate judge. *Id*. § 22.221(b). The courts of appeals also may issue all writs necessary to enforce the court of appeals' jurisdiction. *Id*. § 22.221(a).

The real parties are not specified in section 22.221. Moreover, relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce our appellate jurisdiction. *See id*. § 22.221(a). Accordingly, we lack jurisdiction to issue a writ of mandamus against these real parties. *See In re Johnson*, No. 01-06-00805-CV, 2007 WL 2963685, at *1 (Tex. App.—Houston [1st Dist.] Oct. 11, 2007, orig. proceeding) (mem. op.). We therefore dismiss relator's petition for lack of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.